# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNARA CHAN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 18-cv-0817-WQH-PCL <br><br> **ORDER** |

HAYES, Judge:

On April 27, 2018, Plaintiff Vannara Chan initiated this action by filing a Complaint (ECF No. 1) and a Motion to Proceed *in Forma Pauperis* (ECF No. 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

The affidavit filed by Chan states "I am unable to pay the costs of these proceedings." (ECF No. 2 at 1). Chan's affidavit lists one source of income: $269 a month from "General Relief from San Diego County," which it describes as "a loan provided to indigent people." *Id.* According to the affidavit, Chan has no checking or savings accounts and owes between $1,000 and $2,000 on a credit card. *Id.* at 2, 3.

1

| | |
|---|---|
| 1 | Chan's Motion to Proceed *in Forma Pauperis* (ECF No. 2) is GRANTED. All |
| 2 | matters arising in this Social Security case are REFERRED to the Honorable Peter C. |
| 3 | Lewis, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(a) and Local Civil |
| 4 | Rule 72.1. |

Dated: May 9, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court